IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

GLORIA B. WHITFIELD                                                                    PLAINTIFF

v.                                                              CAUSE NO. 1:13CV415-LG-JMR

PASCAGOULA SCHOOL DISTRICT                                              DEFENDANT

## JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgment [31] filed by the Pascagoula School District, the Court, after a full review and consideration of the School District's Motion, the pleadings on file and the relevant legal authority, finds that in accord with the Memorandum Opinion and Order entered herein,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of the Pascagoula School District, pursuant to Fed. R. Civ. P. 56.  This case is hereby **DISMISSED WITH PREJUDICE**.  In accordance with Fed. R. Civ. P. 54(d)(1), the Pascagoula School District is entitled to recover costs from the plaintiff.

**SO ORDERED AND ADJUDGED** this the 12th day of June, 2014.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE